# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                          :          NO. 505
                                                :
ORDER ADOPTING NEW RULE 556.13,  :          CRIMINAL PROCEDURAL RULES
AMENDING RULE 556.11 AND             :
REVISING THE *COMMENTS* OF RULES  :          DOCKET
502, 513, 516, 517, AND 518  OF THE   :
PENNSYLVANIA RULES OF CRIMINAL   :
PROCEDURE                                   :

## ORDER

**PER CURIAM**

     **AND NOW**, this 27th day of November, 2018, upon the recommendation of the Criminal Procedural Rules Committee; the proposal having been published before adoption at 48 *Pa.B.* 507 (January 20, 2018)*,* and a *Final Report* to be published with this **ORDER:**

     **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that new Pennsylvania Rule of Criminal Procedure 556.13 is adopted, Pennsylvania Rule of Criminal Procedure 556.11 is amended, and the *Comments* to Pennsylvania Rules of Criminal Procedure 502, 513, 516, 517 and 518 are revised, in the attached form.

     This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective March 1, 2019.

Additions to the rules are shown in bold and are underlined.
Deletions from the rules are shown in bold and brackets.